**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL FILE NO.: 10-CV-3587 (PAM/FLN)**

| | |
|---|---|
| David LeRoy Ross, | |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Messerli & Kramer P.A., | |
| Defendant. | |

Based upon the Stipulation of Dismissal with Prejudice, document number 58, filed by Defendant on December 1, 2011, and upon all the files, records and proceedings herein,

**IT IS FURTHER ORDERED:** That all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.

**BY THE COURT:**

Dated: December 1, 2011        s/Paul A. Magnuson
                               The Honorable Paul A. Magnuson
                               Judge of United States District Court